## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** James Orenstein  **DATE:** 3/12/12

**DOCKET NUMBER:** 04 CR 688 (FB)  **LOG #:** 259-302

**DEFENDANT'S NAME:** Ayodele Onasanya

✓ Present ___ Not Present  ✓ Custody ___ Bail

**DEFENSE COUNSEL:** Len Kamdang

✓ Federal Defender ___ CJA ___ Retained

**A.U.S.A:** Douglas Pravda  **DEPUTY CLERK:** K. DiLorenzo

**INTERPRETER:** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

___ Order of Speedy Trial entered. Code Type___ Start___ Stop___

___ Defendant's first appearance. ___ Defendant arraigned on the ~~indictment~~ probation violation

✓ Attorney Appointment of ✓ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 3/28/12 @ 5pm before Judge Block

**OTHERS:** _____